# ELECTRONIC RECORD

COA # 02-13-00060-CR     OFFENSE: 22.021

STYLE: Curtis Roscoe Stafford v. The State of Texas     COUNTY: Tarrant

COA DISPOSITION: AFFIRM     TRIAL COURT: 432nd District Court

DATE: 11/13/2014     Publish: NO     TC CASE #: 1276266D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Curtis Roscoe Stafford v. The State of Texas     CCA #: 1619-14

____APPELLANT'S____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_Refused_     JUDGE: _____

DATE: _May 20, 2015_     SIGNED: _____     PC: _____

JUDGE: _PC_     PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____